**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROY MICELI, and
COURTNEY MICELI,
individuals,

Case No.:

Plaintiffs,

v.

ORANGE LAKE COUNTRY CLUB, INC.
d/b/a ORANGE LAKE CAPITAL
MANAGEMENT d/b/a HOLIDAY INN
CLUB VACATIONS,
a Florida for profit corporation,

Defendant.
_______________________________________/

**VERIFIED COMPLAINT**

**COMES NOW**, Plaintiffs, ROY MICELI (hereinafter, "Roy") and COURTNEY MICELI (hereinafter, "Courtney") (hereinafter collectively, "Plaintiffs"), by and through the undersigned counsel, and sue Defendant, ORANGE LAKE COUNTRY CLUB, INC., d/b/a ORANGE LAKE CAPITAL MANAGEMENT d/b/a HOLIDAY INN CLUB VACATIONS (hereinafter, "Defendant"). In support thereof, Plaintiffs allege:

**INTRODUCTION AND PRELIMINARY STATEMENT**

This is an action for damages brought by individual consumers for Defendant's violations of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereinafter, the "FCCPA"), the Telephone Consumer Protection Act, 47 United States Code, Section 227 (hereinafter, the "TCPA"), and for declaratory judgment and injunctive relief in equity.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to 47 United States Code, Section

227, 28 United States Code, Sections 1331 and 1337 and supplemental jurisdiction over the FCCPA claims pursuant to 28 United States Code, Section 1367. Declaratory relief is available pursuant to 28 United States Code, Sections 2201 and 2202. Injunctive relief is available pursuant to the Florida FCCPA Statutes, Section 559.78, and the Federal TCPA Statutes, 47 United States Code, Section 227(g)(2).

2.      Venue in this District is proper because Defendant transacts business in this District and the conduct complained of occurred in this District.

3.      At all material times herein, Plaintiffs are each a natural person who contracted with Defendant within Florida and is a "debtor" or "consumer" as defined by Florida Statues, Section 559.55(2).

4.      Defendant is a for-profit Florida corporation existing under the laws of the State of Florida, with its principal place of business located at 8505 West Irlo Bronson Memorial Highway, Kissimmee, Florida 34747.

## GENERAL ALLEGATIONS

5.      At all times herein, Defendant was and is a "creditor" as defined by Florida Statutes, Section 559.55(3).

6.      At all times herein, Defendant attempted to collect a debt, specifically timeshare maintenance fees referenced by account number ending in -6704 (hereinafter, "Debt").

7.      At all times herein, the Debt was a consumer debt, incurred primarily for personal, household, or family use.

8.      At all material times, the Defendant was a "person" subject to Florida Statutes, Section 559.72. *See* Florida Statutes, Section 559.55(3); *Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

9. At all times herein, Defendant's conduct with regard to the Debt complained of below, qualifies as "communication" as defined by Florida Statutes Section 559.55(5).

10. At all times herein, Defendant acted itself or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, and insurers.

11. All necessary conditions precedent to the filing of this action occurred or have been waived by Defendant.

## FACTUAL ALLEGATIONS

12. Defendant's telephone calls, as more specifically alleged below, were made to Plaintiff Roy's cellular telephone number 985.320.6348 (hereinafter, "Roy's Cellular Telephone") and to Plaintiff Courtney's cellular telephone number 504.417.2097 (hereinafter, "Courtney's Cellular Telephone") (hereinafter collectively, "Cellular Telephones"), and were placed using an automatic telephone dialing system (hereinafter, "ATDS"), a predictive telephone dialing system (hereinafter, "PTDS"), or an artificial or pre-recorded voice (hereinafter, "APV").

13. Plaintiff Roy is the owner, regular user, and possessor of a cellular telephone with the assigned number 985.320.6348.

14. Plaintiff Courtney is the owner, regular user, and possessor of a cellular telephone with the assigned number 504.417.2097.

15. At no time herein did Defendant have Plaintiffs' prior express consent to call Plaintiffs' Cellular Telephones using an ATDS, a PTDS, or an APV.

16. Defendant's electronic messages (i.e., e-mails), as more specifically alleged below, were sent to Plaintiff Roy's mail address [redacted]

17. Plaintiff Roy is the owner, regular user, and possessor of e-mail address [redacted]

18. On or about March 28, 2014, Plaintiffs retained the Finn Law Group, P.A. for representation with regard to the Debt (hereinafter "Finn").

19. On or about April 3, 2014, Finn sent Defendant a certified letter which gave Defendant actual notice of Finn's representation of Plaintiffs with regard to the Debt, provided Finn's contact information, advised that all future communication with regard to the Debt must cease with Plaintiffs and should be directed to Finn's office, and explicitly revoked any prior express consent to call Plaintiffs' Cellular Telephones (hereinafter, "Letter of Representation"). Please see attached a true and correct copy of said Letter of Representation with certified mail confirmation sheet labeled as Exhibits "A1-A3."

20. All of the below-referenced communications from Defendant were placed despite Defendant having actual knowledge of Finn's representation of Plaintiffs with regard to the Debt, possessing Finn's contact information, having been advised that all future communication with regard to the Debt must cease with Plaintiffs and should be directed to Finn's office, and having been advised that any prior express consent to contact Plaintiffs on their Cellular Telephones using an ATDS, a PTDS, or an APV was therein revoked.

21. On or about April 7, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt. Please see attached a true and correct copy of said e-mail labeled as Exhibit "B1-B2."

22. On or about April 11, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt. Please see attached a true and correct copy of said e-mail

labeled as Exhibit "C1-C2."

23.     On or about April 11, 2014, at approximately 11:34 a.m. CT, Defendant called Plaintiff Roy's Cellular Telephone using an ATDS, a PTDS, or an APV.

24.     The immediately aforementioned call was placed from telephone number 407.477.7101 and was made in an attempt to collect the Debt.

25.     During the above referenced call, Defendant left a voicemail message on Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

26.     On or about April 11, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "D1-D2."

27.     On or about April 14, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "E1-E2."

28.     On or about April 16, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "F1-F2."

29.     On or about April 18, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "G1-G2."

30.     On or about April 22, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "H1-H2."

31.     On or about April 24, 2014, Defendant sent Plaintiffs an e-mail message in

an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "I1-I2."

32.    On or about April 24, 2014, at approximately 6:37 p.m. CT, Defendant called Plaintiff Roy's Cellular Telephone using an ATDS, a PTDS, or an APV.

33.    The immediately aforementioned call was placed from telephone number 407.477.7101 and was made in an attempt to collect the Debt.

34.    During the above referenced call, Defendant left a voicemail message on Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

35.    On or about April 26, 2014, at approximately 10:02 a.m. CT, Defendant called Plaintiff Roy's Cellular Telephone using an ATDS, a PTDS, or an APV.

36.    The immediately aforementioned call was placed from telephone number 407.477.7101 and was made in an attempt to collect the Debt.

37.    During the above referenced call, Defendant left a voicemail message on Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

38.    On or about April 29, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "J1-J2."

39.    On or about May 2, 2014, at approximately 9:44 a.m. CT, Defendant called Plaintiff Roy's Cellular Telephone using an ATDS, a PTDS, or an APV.

40.    The immediately aforementioned call was placed from telephone number 407.477.7101 and was made in an attempt to collect the Debt.

41.    During the above referenced call, Defendant left a voicemail message on

Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

42.     On or about June 12, 2014, Defendant sent Plaintiffs a billing statement in an attempt to collect the Debt and advising Plaintiffs the account is considered delinquent and will continue to accrue collections costs and finance charges if the Debt is not paid. Please see attached a true and correct copy of said billing statement labeled as Exhibit "K1-K2."

43.     On or about June 18, 2014, Defendant called Plaintiff Roy's Cellular Telephone using at ATDS, a PTDS, or an APV.

44.     The immediately aforementioned call was placed from telephone number 407.477.7101 and was made in an attempt to collect the Debt.

45.     During the above referenced call, Defendant left a voicemail message on Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

46.     On or about June 26, 2014, at approximately 2:03 p.m. CT, Defendant called Plaintiff Roy's Cellular Telephone using at ATDS, a PTDS, or an APV.

47.     The immediately aforementioned call was placed from telephone number 407.477.7101 and was made in an attempt to collect the Debt.

48.     During the above referenced call, Defendant left a voicemail message on Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

49.     On or about June 29, 2014, at approximately 8:03 a.m. CT, Defendant called Plaintiff Roy's Cellular Telephone using at ATDS, a PTDS, or an APV.

50.     The immediately aforementioned call was placed from telephone number

407.477.7101 and was made in an attempt to collect the Debt.

51.     During the above referenced call, Defendant left a voicemail message on Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

52.     On or about June 30, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "L1-L2."

53.     On or about July 3, 2014, at approximately 4:28 p.m. CT, Defendant called Plaintiff Roy's Cellular Telephone using at ATDS, a PTDS, or an APV.

54.     The immediately aforementioned call was placed from telephone number 407.477.7101 and was made in an attempt to collect the Debt.

55.     During the above referenced call, Defendant left a voicemail message on Plaintiff Roy's Cellular Telephone, using an APV, requesting Plaintiffs call Defendant back.

56.     On or about July 3, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "M1-M2."

57.     On or about July 9, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "N1-N2."

58.     On or about July 11, 2014, Defendant sent Plaintiffs an e-mail message in an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "O."

59.     On or about July 14, 2014, Defendant sent Plaintiffs an e-mail message in

an attempt to collect the Debt.  Please see attached a true and correct copy of said e-mail labeled as Exhibit "P."

60.     During the months of April, May, June, and July 2014, Defendant also placed numerous calls to Plaintiff Courtney's Cellular Telephone using an ATDS, a PTDS, or an APV.  Defendant's calls were made in an attempt to collect the Debt.

61.     Despite having advised Defendant of Finn's representation of Plaintiffs with regard to the Debt, Defendant continues to attempt to collect the Debt directly from Plaintiffs in violation of the FCCPA and the TCPA.

62.     Defendant's conduct, as described above, is a knowing, willful, and continuing violation of Plaintiffs' rights, as enumerated under federal and state law.

63.     Given Defendant's conduct, and its apparent intention and ability to continue to collect the Debt directly from Plaintiffs in violation of said debt collection laws, Plaintiffs have no adequate remedy at law.

64.     Plaintiffs have not been able, due to both professional and personal commitments, as  well as the continued and increasing stress associated with the continued barrage of Debt collection calls, to record the specifics (as done above) on each and every call made to Plaintiffs.  Plaintiffs assert, however, that the above-referenced calls are but a sub-set of the calls made in violation of the FCCPA and TCPA. Further, the Defendant is in the best position to determine and ascertain the number and methodology of calls made to Plaintiffs.

65.     Plaintiffs have retained both Finn and Leavengood, Dauval & Boyle (hereinafter, "Undersigned Counsel") for the purpose of pursuing this matter against Defendant, and Plaintiffs are obligated to pay their attorneys a reasonable fee for their services.

66. Florida Statutes, Section 559.77 provides for the award of $1,000.00 statutory damages against Defendant per independent, temporally displaced violation, and an award of attorneys' fees and costs to Plaintiffs, should Plaintiffs prevail in this matter against Defendant.

67. United States Code, Title 47, Section 227(b)(3) provides for the award of $500.00 or actual damages, whichever is greater, for each telephone call made using an ATDS, a PTDS, or an APV to Plaintiffs' Cellular Telephones in violation of the TCPA or the regulations proscribed thereunder.

68. Additionally, the TCPA, Section 227(b)(3) allows the trial court to increase the damages up to three times, or $1,500.00, for each telephone call made using an ATDS, a PTDS, or an APV to Plaintiffs' Cellular Telephones in willful or knowing violation of the TCPA or the regulations proscribed thereunder.

69. At all times herein, it would have been possible for Defendant to avoid violating the terms of the TCPA.

70. Based upon the aforementioned allegations, Defendant's telephone calls made to Plaintiffs' Cellular Telephones using an ATDS, a PTDS, or an APV were made in willful and knowing violation of the TCPA.

71. As of the date of this complaint, Defendant has not initiated a law suit in an effort to collect the Debt. Likewise, no final judgment regarding the Debt has been obtained by, or transferred to, Defendant.

**COUNT ONE:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(7)**

Plaintiffs re-allege paragraphs one (1) through seventy (70) as if fully stated herein and further state as follows:

72. Defendant is subject to, and has violated the provisions of, Florida Statutes, Section 559.72(7) by collecting consumer Debt from Plaintiffs through means which can reasonably be expected to abuse or harass Plaintiffs.

73. Defendant possessed actual knowledge of Finn's representation of Plaintiffs with regard to the Debt.

74. Despite having the above-referenced knowledge, Defendant sent Plaintiffs thirteen (13) e-mails and one (1) billing statement in an attempt to collect the Debt.

75. Additionally, despite having the above-referenced knowledge and lacking Plaintiffs' prior express consent, Defendant placed at least eight (8) calls to Plaintiff Roy's Cellular Telephone using an ATDS, a PTDS, or an APV in an attempt to collect the Debt.

76. Also, despite having the above-referenced knowledge and lacking Plaintiffs' prior express consent, Defendant placed numerous calls to Plaintiff Courtney's Cellular Telephone using an ATDS, a PTDS, or an APV in an attempt to collect the Debt.

77. Defendant's conduct was abusive and harassing to Plaintiffs because the Defendant's e-mails and Cellular Telephone calls were intentional, frequent, and were communicated without Plaintiffs' express consent despite Defendant having actual knowledge of Finn's representation of Plaintiffs with regard to the Debt.

78. As such, the above referenced conduct violated Florida Statutes Section 559.72(7) as it constitutes abusive and harassing actions taken by Defendant in an attempt to collect the Debt.

79. Defendant's willful and flagrant violations of, *inter alia*, the Florida Consumer Collections Practices Act, as a means to collect a Debt, constitute unlawful conduct and harassment as is contemplated under Florida Statutes, Section 559.72(7).

80. As a direct and proximate result of Defendant's actions, Plaintiffs have sustained damages as defined by Florida Statutes, Section 559.77.

**COUNT TWO:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(18)**

Plaintiffs re-allege paragraphs one (1) through seventy (70) as if fully restated herein and further state as follows:

81. Defendant is subject to, and has violated provisions of, Florida Statutes, Section 559.72(18) by intentionally and repeatedly communicating with Plaintiffs after having knowledge that Plaintiffs were represented by counsel with regard to the underlying Debt.

82. Defendant received actual notice and possessed actual knowledge of Finn's representation of Plaintiffs with regard to the Debt and Finn's contact information via the Letter of Representation.

83. Despite possessing the above-referenced knowledge, Defendant sent Plaintiffs thirteen (13) e-mails, one (1) billing statement, and placed at least eight (8) telephone calls to Plaintiff Roy's Cellular Telephone, and also placed numerous telephone calls to Plaintiff Courtney's Cellular Telephone in its attempts to collect the Debt.

84. As a direct and proximate result of Defendant's actions, Plaintiffs have sustained damages as defined by Florida Statutes, Section 559.77.

**COUNT THREE:**
**TELEPHONE CONSUMER PROTECTION ACT -**
**VIOLATION OF 47 UNITED STATES CODE, SECTION 227(b)(1)(A)**

Plaintiffs re-allege paragraphs one (1) through seventy (70) as if fully restated herein and further state as follows:

85. Defendant is subject to, and has violated the provisions of, 47 United States Code, Section 227 (b)(1)(A) by using an automatic telephone dialing system, a predictive telephone dialing system, or an artificial or pre-recorded voice to call a telephone number assigned to a cellular telephone service (i.e. Plaintiffs' Cellular Telephones) without Plaintiffs' prior express consent.

86. At no time herein did Defendant have Plaintiffs' prior express consent to call Plaintiffs on their Cellular Telephones using an ATDS, a PTDS, or an APV.

87. Furthermore, to the extent that Defendant contends it possessed Plaintiffs' prior express consent, such consent was revoked when Defendant received Finn's Letter of Representation, which clearly and conspicuously revoked any such consent. *See* Exhibit "A1."

88. Despite lacking Plaintiffs' prior express consent, Defendant placed at least eight (8) telephone calls to Plaintiff Roy's Cellular Telephone and also placed telephone calls to Plaintiff Courtney's Cellular Telephone using an ATDS, a PTDS, or an APV.

89. The conduct of the Defendant, complained of herein, is the result of a repeated willful and knowing violation of the TCPA.

90. Plaintiffs are also entitled to and seek injunctive relief enjoining Defendant from further violations of the TCPA.

91. As a direct and proximate result of Defendant's conduct, Plaintiffs have suffered:

a. The periodic loss of their Cellular Telephone services;

b. Lost material costs associated with the use of peak time Cellular Telephone minutes allotted under their Cellular Telephone service contracts.

c. The expenditure of costs and attorney's fees associated with the prosecution of this matter, along with other damages which have been lost;

d. Stress, anxiety, loss of sleep, and deterioration of relationships, both personal and professional, as a result of the repeated willful and knowing calls placed in violation of the TCPA; and

e. Statutory damages.

**COUNT FOUR:**
**TELEPHONE CONSUMER PROTECTION ACT-**
**WILLFUL VIOLATION OF 47 UNITED STATES CODE, SECTION 227(b)(1)(A)**

Plaintiffs re-allege paragraphs one (1) through seventy (70) and eighty-four (84) through ninety (90) as if fully restated herein and further state as follows:

92. Defendant is subject to, and has willfully and knowingly violated the provisions of, 47 United States Code, Section 227(b)(1)(A) by using an ATDS, PTDS, or an APV to call Plaintiffs' Cellular Telephones without Plaintiffs' prior consent.

93. Specifically, as enumerated above, Defendant used an ATDS, a PTDS, or an APV to call Plaintiff Roy's Cellular Telephone at least eight (8) times and Plaintiff Courtney's Cellular Telephone without Plaintiffs' prior express consent.

94. Defendant never possessed Plaintiffs' prior express consent to auto-dial their Cellular Telephones.

95. To the extent Defendant argues it did have such prior express consent, such consent was revoked upon Defendant receiving the Letter of Representation.

96. Each of the calls made to Plaintiffs' Cellular Telephone using an ATDS, PTDS, or an APV was a call knowingly, willfully, and consciously made, in violation of

the TCPA, as the Defendant knew it never had consent to call Plaintiffs' Cellular Telephones.

97.     Further, Defendant used an automatic dialing system to call Plaintiffs' Cellular Telephones several times a week, from April 2014 through July 2014, without prior express consent and in an attempt to collect the Debt.  Plaintiffs, however, did not have the ability to capture information regarding the placement of all such calls.

98.     Plaintiffs are entitled to seek injunctive relief enjoining Defendant from further violations of the TCPA.

99.     As a direct and proximate result of the Defendant's conduct, Plaintiffs have suffered:

     a.     The periodic loss of their Cellular Telephone services;

     b.     Lost material costs associated with the use of peak Cellular Telephone minutes allotted under Plaintiffs' Cellular Telephone service contracts;

     c.     Statutory damages under the TCPA;

     d.     Treble statutory damages per knowingly and willful violation of the TCPA; and

     e.     The expenditure of costs and attorneys' fees associated with the prosecution of this matter, along with other damages which have been lost.

**COUNT FIVE:**
**DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiffs re-allege paragraphs one (1) through seventy (70) as if fully restated herein and further state as follows:

100. Unless the Defendant is immediately enjoined from continuing to attempt to collect the Debt from Plaintiffs in violation of the FCCPA and TCPA, Plaintiffs will suffer irreparable injury.

101. Plaintiffs have no adequate remedy at law.

102. Given Defendant's conduct, and its apparent intention and ability to continue to collect the Debt directly from Plaintiffs, in violation of said debt collection laws, Plaintiffs have no adequate remedy at law. Plaintiffs need and are entitled to injunctive relief.

103. The requested injunction is reasonably necessary to protect the legal rights of Plaintiffs and will have no adverse effect on the public welfare.

**PRAYER FOR RELIEF**

**WHEREFORE**, as a direct and proximate result of the Defendant's conduct, Plaintiffs respectfully requests against Defendant entry of:

a. Judgment against Defendant declaring that the Defendant violated the FCCPA and the TCPA;

b. Judgment against Defendant for maximum statutory damages under the FCCPA, per independent, temporally displaced violation committed by Defendant;

c. Judgment against Defendant for statutory damages in the amount of $500.00 for each of Defendant's telephone calls that violated the TCPA;

d. Judgment against Defendant for treble damages in the amount of $1,500.00 for each telephone call that violated the TCPA for which Defendant acted knowingly and/or willfully;

e. Judgment against Defendant enjoining Defendant from further engaging in the conduct that violates the FCCPA and the TCPA;

f. An award of attorneys' fees and costs; and

g. Any other such relief the Court may deem proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury on all issues triable by right.

**SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE**

Plaintiffs hereby give notice to Defendant and demands that Defendant and its affiliates safeguard all relevant evidence—paper, electronic documents, or data—pertaining to this potential litigation as required by law.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*

**□ Ian R. Leavengood, Esq., FBN 0010167**
**[X] Aaron M. Swift, Esq., FBN 0093088**
**□ G. Tyler Bannon, Esq., FBN 0105718**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
tbannon@leavenlaw.com
*Attorneys for Plaintiffs*

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF LOUISIANA )
)
COUNTY OF Tangipahoa )

Plaintiff ROY MICELI, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit which has been attached to this Complaint, if any, is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated any exhibits, except that some of the attached exhibits, if any, may contain some of my own handwritten notations.

ROY MICELI

Subscribed and sworn to before me this 17 day of July, 2014.

Notary Public

Proof of I.D.: 131410

My Commission Expires: Life

JENNIFER LEIGH TRAYLOR
NOTARY PUBLIC
NOTARY ID NO. 131410
LIVINGSTON PARISH
STATE OF LOUISIANA

JENNIFER LEIGH TRAYLOR NOTARY PUBLIC 131410 LIVINGSTON PARISH STATE OF LOUISIANA

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF LOUISIANA )
)
COUNTY OF Jefferson )

Plaintiff COURTNEY MICELI, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit which has been attached to this Complaint, if any, is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated any exhibits, except that some of the attached exhibits, if any, may contain some of my own handwritten notations.

Courtney Miceli
COURTNEY MICELI

Subscribed and sworn to before me this 23 day of July 2014.

Notary Public

OFFICIAL SEAL
JAMES F. EZELL
NOTARY PUBLIC - LOUISIANA
NOTARY #53735
PARISH OF JEFFERSON
My Commission Is For Life

My Commission Expires: Lifetime

Proof of I.D.:____________

# FINN LAW GROUP, P.A.

## ATTORNEYS AT LAW

www.finnlawgroup.com

**Michael D. Finn, Esq.**

Patrick Kennedy, Esq. | Of Counsel: Shannon L. Zetrouer, Esq. | Tyson J. Pulsifer, Esq.

April 3, 2014

John Bill, Esq.
Godbold, Downing, and Bill
222 W. Comstock Ave. #101
Winter Park, FL 32789

Sent Via Certified Mail, Tracking No.: 70111570000289001114

Re: Our Client(s); Roy & Courtney Miceli
Contract No.: Unknown

Dear Mr. Bill:

Please be advised that the above-referenced clients' have retained these offices with regard to the above-mentioned matter.

At this juncture, we are in the process of obtaining Roy and Courtney Miceli's documentation and statement of facts to make a determination of our initial position with regard to you as the contracting party involved in the transaction.

Once we have made our initial determination as to the nature of the claim(s) or issues(s), we will supplement this initial retention letter with an additional communication to you addressing more specifically, our clients' concerns, our intended course of conduct and our desired outcome.

Further, be advised that our clients' no longer intend to make further payments to your client, as they allege their sales transaction was fraudulently represented at the time of sale and/or another reason exists for nonpayment, such as purchaser's inability to continue to fund their purchase. Thus, they are hereby disputing the entire transaction and thereby any underlying related indebtedness. Also, be advised that our clients' no longer authorize your client to make automatic withdrawals from their personal debit/credit card or bank account (if previously authorized to do so), effective immediately.

This letter will serve as notice to advise your client to cease all communication with our above referenced clients' regarding the alleged debt referenced above. Additionally, pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. 227 (b), please cease and desist calling on their cellular telephone, phone number(s) 504-417-2097. To the extent any prior express consent to use an automatic dialing system or artificial or pre-recorded voice existed when calling this cellular telephone number, it is hereby unequivocally and forever withdrawn and terminated, both by our clients' will and the laws listed above.

EXHIBIT A1

Finally, this letter further serves as a demand upon Orange Lake Resorts to retain evidence to prevent spoliation with respect to any and all information in its, its agent's or its employees' possession or control, related to, concerning, or identifiable to the alleged debt. No materials, records, documents, tapes, call logs, or other things related to the alleged debt or cellular telephone number listed above should be destroyed, deleted, changed, defaced, or otherwise, altered, and all measures should be immediately taken to preserve these items as evidence.

Very truly yours,

Michael D. Finn
MDF/CD

cc: Clients

EXHIBIT
A2

English Customer Service USPS Mobile Register / Sign In

Search USPS.com or Track Packages

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number: 70111570000289001114**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 7, 2014 , 12:40 pm** | **Delivered** | **WINTER PARK, FL 32789** |

Your item was delivered at 12:40 pm on April 7, 2014 in WINTER PARK, FL 32789.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 7, 2014 , 8:16 am | Out for Delivery | WINTER PARK, FL 32789 |
| April 7, 2014 , 8:06 am | Sorting Complete | WINTER PARK, FL 32789 |
| April 7, 2014 , 4:56 am | Arrival at Unit | WINTER PARK, FL 32789 |
| April 7, 2014 , 4:23 am | Depart USPS Sort Facility | MID FLORIDA, FL 32799 |
| April 7, 2014 , 12:15 am | Processed through USPS Sort Facility | MID FLORIDA, FL 32799 |
| April 6, 2014 , 8:37 pm | Depart USPS Sort Facility | ORLANDO, FL 32862 |
| April 6, 2014 , 3:59 pm | Processed through USPS Sort Facility | ORLANDO, FL 32862 |
| April 5, 2014 , 10:54 pm | Depart USPS Sort Facility | TAMPA, FL 33630 |
| April 5, 2014 , 7:08 pm | Processed through USPS Sort Facility | TAMPA, FL 33630 |

## Available Actions

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postag

ON ABOUT.USPS.COM
About USPS Home ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›

EXHIBIT
A3

**Joel Osborne**

**From:** joey miceli <[redacted]>
**Sent:** Monday, May 05, 2014 9:17 PM
**To:** Joel@finnlawgroup.com
**Subject:** Fw: Orange Lake Capital Management

On Monday, April 7, 2014 5:34 PM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

**Your vacation misses you.**

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
B1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy

---

**Joel Osborne**

**From:** joey miceli <[redacted]>
**Sent:** Monday, May 05, 2014 9:17 PM
**To:** Joel@finnlawgroup.com
**Subject:** Fw: Orange Lake Capital Management

On Friday, April 11, 2014 6:28 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

# Your vacation misses you.

Discover what you've been missing

Pay Here

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT C1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy



**Joel Osborne**

---

**From:** joey miceli <[redacted]>
**Sent:** Monday, May 05, 2014 9:17 PM
**To:** Joel@finnlawgroup.com
**Subject:** Fw: Orange Lake Capital Management

On Friday, April 11, 2014 9:07 PM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

# Your vacation misses you.

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
D1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy

---



**Joel Osborne**

**From:** joey miceli <[redacted]>
**Sent:** Monday, May 05, 2014 9:17 PM
**To:** Joel@finnlawgroup.com
**Subject:** Fw: Orange Lake Capital Management

On Monday, April 14, 2014 5:00 PM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

**Your vacation misses you.**

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
E1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy



**Joel Osborne**

| | |
|---|---|
| **From:** | joey miceli <[redacted]> |
| **Sent:** | Monday, May 05, 2014 9:18 PM |
| **To:** | Joel@finnlawgroup.com |
| **Subject:** | Fw: Orange Lake Capital Management |

On Wednesday, April 16, 2014 7:40 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

**Your vacation misses you.**

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today.**

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT F1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy



**Joel Osborne**

**From:** joey miceli <[redacted]>
**Sent:** Monday, May 05, 2014 9:18 PM
**To:** Joel@finnlawgroup.com
**Subject:** Fw: Orange Lake Capital Management

On Friday, April 18, 2014 8:26 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

# Your vacation misses you.

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
61

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy



**Joel Osborne**

| | |
|---|---|
| **From:** | joey miceli <[redacted]> |
| **Sent:** | Monday, May 05, 2014 9:18 PM |
| **To:** | Joel@finnlawgroup.com |
| **Subject:** | Fw: Orange Lake Capital Management |

On Tuesday, April 22, 2014 10:04 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

# Your vacation misses you.

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
H1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy



**Joel Osborne**

**From:** joey miceli <[redacted]>
**Sent:** Monday, May 05, 2014 9:18 PM
**To:** Joel@finnlawgroup.com
**Subject:** Fw: Orange Lake Capital Management

On Thursday, April 24, 2014 11:08 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

# Your vacation misses you.

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT I1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy

EXHIBIT
I2

2

**Joel Osborne**

**From:** joey miceli <[redacted]>
**Sent:** Monday, May 05, 2014 9:18 PM
**To:** Joel@finnlawgroup.com
**Subject:** Fw: Orange Lake Capital Management

On Tuesday, April 29, 2014 9:28 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

**Your vacation misses you.**

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today.**

**Discover what you've been missing**

**Pay Here**

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
J1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If

Privacy Policy





8505 W. Irlo Bronson Memorial Hwy
Kissimmee, FL 34747

Inside US: 1.800.298.3706
Outside US: 407.477.7101
UK: 00.800.2806.2010
www.orangelake.com
www.payolcc.com

## MAINTENANCE FEE AND PROPERTY TAX BILLING STATEMENT

OL_MM ▲009587
ROY J MICELI III
COURTNEY C MICELI
18237 SHARON DR
PONCHATOULA LA 70454-4743

| WEEK | UNIT | FREQUENCY |
|---|---|---|
| 49 | 088013 | Annual |

**OLCCVCAIII**

| ACCOUNT # | BILLING DATE | DUE DATE | AMOUNT DUE |
|---|---|---|---|
| 6704 | 06/12/2014 | Upon Receipt | 1,069.10 |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Balance per Previous Statement | | 1,006.90 |
| 06/10/2014 | Finance Charge | 12.20 | 1,019.10 |
| 06/10/2014 | Collection Costs | 50.00 | 1,069.10 |
| 06/12/2014 | Total Due | | 1,069.10 |

Your account is delinquent, and the use of your week may be restricted. In accordance with your HOA guidelines, if this balance is not paid, your account will continue accruing Collection Costs and Finance Charges. Make your payment online today at www.payolcc.com. This site is available 24 hours a day 7 days a week. It's fast and easy, and there are no transaction or processing fees.Help your Association by paying with a Check or Debit Card to reduce Operating Expenses.

If you have recently made your payment in full, please disregard this notice.

Please make payment in U.S. dollars and keep this portion for your records. **Please make check payable to Capital Mgmt. Maintenance.**

Discover Space Coast adventure, beachfront beauty and fun-filled amenities at Cape Canaveral Beach Resort. Call **(321) 799-4900** or visit **orangelake.com/rental-offers.**

Please return bottom portion with payment.

**PAYMENT COUPON**

**CREDIT CARD AUTHORIZATION (Please Print)**

Cardholder's Name

Card Number

Expiration Date

Signature

☐ AMEX ☐ Visa ☐ Master Card ☐ Discover

| ACCOUNT # | BILLING DATE | DUE DATE | AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|---|
| 6704 | 06/12/2014 | Upon Receipt | 1,069.10 | |

ROY J MICELI III
COURTNEY C MICELI

EXHIBIT
K1

Capital Mgmt. Maintenance
PO Box 864964
Orlando, FL 32886-4964

3000000 67040106910010691000000000006



8505 W. Irlo Bronson Memorial Hwy
Kissimmee, FL 34747

Inside US: 1.800.298.3706
Outside US: 407.477.7101
UK: 00.800.2806.2010
www.orangelake.com

| ACCOUNT # |
|---|
| [redacted]6704 |
| **BILLING DATE** |
| 06/15/14 |
| **DUE DATE** |
| 07/12/14 |
| **AMOUNT DUE** |
| 1,173.98 |

OL_MS ▲ 0 0 1 7 0 0
ROY J MICELI III
COURTNEY MICELI
18237 SHARON DR
PONCHATOULA LA 70454-4743

**Orange Lake Country Club**

| DESCRIPTION | AMOUNT |
|---|---|
| Current Payment Due | 189.35 |
| Past Due Balance | 984.63 |
| Amount Due | 1,173.98 |
| Total Due After 07/22/14 | 1,192.92 |

Make your payment online today at https://payorangelake.officialpayments.com. This site is available 24 hours a day 7 days a week. It is fast and éasy and you can select the date of your payment up to 30 days in advance. There are no transaction or processing fees, and you can avoid long waits on the telephone.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please make payment in U.S. dollars and keep this portion for your records.

Please return bottom portion with payment.

PAYMENT COUPON

**CREDIT CARD AUTHORIZATION (Please Print)**

Cardholder's name

Card number

Expiration date

Signature

☐ AMEX ☐ Visa ☐ Master Card ☐ Discover

| ACCOUNT # | BILLING DATE | DUE DATE | AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|---|
| [redacted]6704 | 06/15/14 | 07/12/14 | 1,173.98 | |

ROY J MICELI III
COURTNEY MICELI

EXHIBIT
K2

Orange Lake Resort & Country Club
PO Box 791362
Baltimore, Maryland 21279-1362

401130[redacted]6704080000000117398808140792



On Monday, June 30, 2014 9:14 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

Account Number: [redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT L1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT

RJM66JM@YAHOO.COM

Privacy Policy





On Thursday, July 3, 2014 11:04 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

Account Number: 6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today**.

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
M1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT

RJM66JM@YAHOO.COM

Privacy Policy





[redacted]

[redacted] [redacted]

On Tuesday, July 8, 2014 11:09 AM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser>>

Account Number:[redacted]6704
ROY J. MICELI, III
Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.
For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.
If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.
Thank you,
*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. **Call us today.**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

EXHIBIT
N1

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT

RJM66JM@YAHOO.COM

Privacy Policy



On Friday, July 11, 2014 1:10 PM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser »

# Your vacation misses you.

**Discover what you've been missing**

**Pay Here**

Account Number: [redacted]6704

ROY J. MICELI, III

Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.

For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.

If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.

Thank you,

*Orange Lake Resorts Capital Management*

Say hello to rest and relaxation. Call us today.

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you, within (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If you request the name and address of the original creditor within the thirty (30) day period, we will provide you with that information, but only if different from the current creditor.

This email was sent to: [redacted]
This email was sent by:
Orange Lake Country Club, Inc.
8505 W. Irlo Bronson Memorial Highway
Kissimmee, FL 34747, United States
CM Collections

Privacy Policy

On Monday, July 14, 2014 2:12 PM, Capital Management <capitalmanagement@orangelake.com> wrote:

Having trouble viewing the email? View in Browser

# Your vacation misses you.

**Discover what you've been missing**

**Pay Here**

Account Number: [redacted]6704
ROY J. MICELI, III

Please contact Orange Lake Resorts at your earliest convenience. There is some very important information we would like to discuss with you.

For your convenience, we offer payment options including credit/debit cards, checks, automated phone pay and our website payolcc.com.

If you believe you have received this notice in error, please contact us so we can ensure all records and information are up-to-date.

Thank you,

*Orange Lake Resorts Capital Management*

**Hours of Operation**

Monday - Thursday 8 a.m. - 8 p.m. (ET)
Friday 8 a.m. - 7 p.m. (ET)
Saturday 8:30 a.m. - 2:30 p.m. (ET)

**Contact Us**

(407) 477-7101
(800) 298-3706 (US toll-free)
00-800-2806-2010 (UK toll-free)
8505 West Irlo Bronson Memorial Hwy
Kissimmee, FL 34747
payolcc.com
CapitalManagement@orangelake.com

Say hello to rest and relaxation. Call us today.

NOTICE TO CONSUMER PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT
(15 U.S.C. 1692 g & e)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless [illegible] (30) days after receipt of this notice, dispute the validity of the debt, or any portion thereof, in writing, the debt will be assumed by us to be valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of the verification or judgment will be mailed to you. If you request the name and address of the original creditor within the thirty (30) day period, we will provide you with that information, but only if different from the current creditor.

This email was sent to [redacted]
This email was sent by
Orange Lake Country Club, Inc.
[illegible]
Kissimmee, FL [illegible]
[illegible]

Privacy Policy