UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY MICELI, and
COURTNEY MICELI,
individuals,

    Plaintiffs,

vs.	CASE NO.: 8:14-cv-02015-EAK-AEP

ORANGE LAKE COUNTRY CLUB, INC.
d/b/a ORANGE LAKE CAPITAL
MANAGEMENT d/b/a HOLIDAY INN
CLUB VACATIONS,
a Florida for profit corporation,

    Defendants.
_____/

## JOINT UNOPPOSED MOTION TO TRANSFER VENUE TO THE ORLANDO DIVISION OF THE MIDDLE DISTRICT OF FLORIDA

COME NOW, Plaintiffs, ROY MICELI and COURTNEY MICELI, individuals, and Defendant, ORANGE LAKE COUNTRY CLUB, INC. d/b/a ORANGE LAKE CAPITAL MANAGEMENT d/b/a HOLIDAY INN CLUB VACATIONS, a Florida for profit corporation, by and through their undersigned counsel, and pursuant to Local Rule 1.02(e), hereby stipulate and agree to the entry of an Order granting the instant Joint Unopposed Motion to Transfer Venue to the Orlando Division of the Middle District of Florida, and as grounds in support thereof, would state as follows:

    1.    On August 18, 2014, the Plaintiffs, ROY MICELI and COURTNEY MICELI, individuals (collectively the "MICELIS"), filed a Verified Complaint (the "Complaint") which contained five (5) causes of action.

2. On September 8, 2014, ORANGE LAKE COUNTRY CLUB, INC. d/b/a ORANGE LAKE CAPITAL MANAGEMENT d/b/a HOLIDAY INN CLUB VACATIONS, a Florida for profit corporation ("ORANGE LAKE"), was served with a Summons and Complaint.

3. Plaintiffs and Defendant stipulate and agree to the entry of an Order granting the instant Joint Unopposed Motion to Transfer Venue to the Orlando Division of the Middle District of Florida, which Order shall transfer the instant action from the Tampa Division of the Middle District of Florida to the Orlando Division of the Middle District of Florida.

## MEMORANDUM OF LAW

Local Rule 1.02(e) provides that:

> The Court may, within its discretion or upon good cause shown by any interested party, order that any case, civil or criminal, be transferred from one Division to any other Division for trial, or from one place of holding court to another place of holding court in the same Division.

WHEREFORE, Plaintiffs, the MICELIS, and the Defendant, ORANGE LAKE, respectfully request this Honorable Court enter an Order transferring the instant action from the Tampa Division of the Middle District of Florida to the Orlando Division of the Middle District of Florida.

Dated this 29th day of September, 2014.

| | |
|---|---|
| **LEAVENLAW** | **GODBOLD, DOWNING & BILL, P.A.** |
| /s/ *Aaron M. Swift* | /s/ *Michael S. Kraynick* |
| **Aaron M. Swift, Esq., FBN 93088** | **John H. Bill, Esq., FBN 443890** |
| **Ian R. Leavengood, Esq., FBN 0010167** | **Michael S. Kraynick, Esq., FBN 44394** |
| **G. Tyler Brannon, Esq., FBN 0105718** | 222 W. Comstock Ave., Suite 101 |
| Northeast Professional Center | Winter Park, Florida 32789 |
| 3900 First Street North, Suite 100 | Telephone: (407) 647-4418 |
| St. Petersburg, FL 33703 | *Attorneys for Defendant* |
| *Telephone: (727) 327-3328* | |
| *Attorneys for Plaintiffs* | |

September 29, 2014 (3:31pm)

Page 2


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I furnished the foregoing document by first-class mail and electronic transmission to the following: Ian R. Leavengood, Esquire, and Aaron M. Swift, Esquire, Leavengood, Dauval & Boyle, PA, Northeast Professional Center, 3900 First Street North, Suite 100, St. Petersburg, FL 33703.

/s/ *Michael S. Kraynick, Esquire*
JOHN H. BILL, ESQUIRE
Florida Bar No.: 443890
jbill@gdb-law.com
MICHAEL S. KRAYNICK, ESQUIRE
Florida Bar No.: 44394
mkraynick@gdb-law.com